Stacy L. Fode, Esq. (SBN 199883)
Fode@brownlawgroup.com
Tara M. Duester (SBN 265622)
Duester@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, California 92101
Telephone: (619) 330-1700 /Facsimile: (619) 330-1701
Attorneys for Defendant, The Prudential
Insurance Company of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REITER, AS TRUSTEE FOR THE WENDY J. UTSUKI TRUST, DATED 05/13/09, | CASE NO.: **2:14-cv-08351** |
| Plaintiff, | **DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1-10 inclusive, | Complaint Filed: September 26, 2014 |
| Defendants. | |

Defendant The Prudential Insurance Company of America ("Prudential"), through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully notices the removal of the captioned action to the United States District Court for the Central District of California from the Superior Court of California In and For the County of Los Angeles, North East District. The grounds for removal are as follows:

1.     Upon information and belief, on or about September 26, 2014, Plaintiff Paul Reiter in his capacity as Trustee for the Wendy J. Utsuki Trust, dated May 13, 2009 ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of California In and For the County of Los Angeles, North East District,

1    naming Prudential and Does 1-10, as Defendants (the "State Court Action").  A
2    copy of the Complaint was first received by Prudential on or about September 30,
3    2014 and is annexed hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).
4         2.    This Court has original federal question jurisdiction over the State
5    Court Action under the provisions of 28 U.S.C. § 1332(a)(1), in that the parties are
6    of diverse citizenship and the amount in controversy exceeds $75,000.00.
7    Prudential is a New Jersey citizen for diversity purposes, and upon information and
8    belief, Plaintiff is a citizen of California.  The amount of insurance proceeds at
9    issue in this case is approximately $98,451.55.

10                              **THE PARTIES**
11        3.    Plaintiff was, at the time the State Court Action was commenced, and
12   currently is, a resident and citizen of California.
13        4.    Prudential was at the time the State Court Action was commenced,
14   and currently is, an insurance company organized and existing under the laws of
15   New Jersey, with its principal place of business in New Jersey and is duly
16   authorized to do business in the state of California.

17                        **THE STATE COURT ACTION**
18        5.    On or about September 30, 2014, the Complaint was served upon
19   Prudential via Process Server.  Accordingly, this Notice of Removal, filed within
20   the thirty-day period prescribed by 28 U.S.C. § 1446, is timely.
21        6.    In the Complaint, Plaintiff alleges that he is entitled to recover certain
22   life insurance benefits payable upon the death of John G. Kennedy (the "Insured")
23   under the terms of individual life insurance policy number 61 331 646 (the
24   "Kennedy Policy"), which provided coverage on the life of the Insured.  *See*
25   *Complaint, attached hereto as* **Exhibit A.**

26                **THIS COURT'S REMOVAL JURISDICTION**
27        7.    This Court has original federal question jurisdiction over the State
28   Court Action under the provisions of 28 U.S.C. § 1332(a)(1), in that the parties are

of diverse citizenship and the amount in controversy exceeds $75,000.00. Prudential is a New Jersey citizen for diversity purposes, and upon information and belief, Plaintiff is a citizen of California. The amount of insurance proceeds at issue in this case is approximately $98,451.55.

8.      The timing requirements of 28 U.S.C. § 1446(b) have been satisfied in that this Notice of Removal has been filed with this Court within thirty (30) days after receipt of the Complaint by Prudential. The time for filing this Notice of Removal has not expired under 28 U.S.C. § 1446(b).

9.      The United States District Court for the Central District of California is the appropriate court to which this action should be removed because this district is the district embracing actions filed in the Superior Court in and for Los Angeles County.

10.     A true and correct copy of this Notice of Removal is being served upon Plaintiff as required by law under 28 U.S.C. § 1446(d).

11.     A true and correct copy of this Notice of Removal is also being filed promptly with the Clerk of the Superior Court of California In and For the County of Los Angeles, North East District, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Prudential hereby removes this action, currently pending in the Superior Court of California In and For the County of Los Angeles, North East District.

BROWN LAW GROUP

Dated: October 28, 2014     By: _____

Stacy L. Fode, Esq.
Tara M. Duester, Esq.
Attorneys for Defendant,
The Prudential Insurance Company of America