Melbourne B. Weddle, State Bar #34858
E-mail: MelbourneBW@hotmail.com
Patric H.R. Weddle, State Bar #201465
E-mail: attorneyap@gmail.com
P. O. Box 593
Santa Barbara, Ca. 93102
Telephone: (805) 966-1038
Facsimile: (805) 966-9758
Attorneys for Reiter Paul Reiter as Trustee For
The Wendy J. Utsuki Trust, Dated 05/13/09

# IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL REITER AS TRUSTEE FOR THE WENDY J. UTSUKI TRUST, DATED 05/13/09.<br><br>Plaintiff<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1-10 inclusive<br><br>Defendants.<br>_____<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Third Party<br>vs.<br><br>THE ESTATE OF JOHN G. KENNEDY<br>Third Party | Case No. CV 14-8351 PSG (SHx)<br><br>STIPULATION TO DISMISS ACTIONS WITH PREJUDICE<br><br><br>PLACE: Courtroom 880 (Roybal)<br><br>JUDGE:<br>Hon. Philip S. Gutierrez<br><br>DATE: 11-23-2015<br><br>TIME: 1:30 P.M.<br><br><br>Complaint filed 9/26/14 |

PAUL REITER AS TRUSTEE FOR THE WENDY J. UTSUKI TRUST, DATED 05/13/09.

                Cross-Claimant

                vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

                Cross-Defendants.

_____

Plaintiff, Paul Reiter as Trustee for the Wendy J. Utsuki Trust, Dated 05/13/09 ("Plaintiff), Defendant and Third-Party Plaintiff, The Prudential Insurance Company of America ("Prudential"), and Third -Party Defendant, The Estate of John G. Kennedy (the "Estate"), (collectively, the "Parties"), by and through their undersigned attorneys have reached a settlement to resolve the issues in the above entitled case and have agreed to dismiss all actions with prejudice.

The parties hereby stipulate as follows:

1. Plaintiff's entire complaint against Prudential and its Cross Complaint against Prudential as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and
2. Prudential's counterclaim in interpleader against the Estate of John G. Kennedy is dismissed with prejudice.
3. All parties shall bear their own attorneys' fees and costs.

                **BROWN LAW GROUP**

_____

Dated:  September 24, 2015       By:     */s/ Brittney Dobbins*
                                              Stacy L. Fode, Esq.
                                              Brittney Dobbins, Esq.
                                              Attorneys for Defendant, The Prudential Insurance Company of America

**LAW OFFICES OF MELBOURNE B. WEDDLE**

Dated:  September 24, 2015       By:     */s/ Melbourne B. Weddle*
                                              Melbourne B. Weddle, Esq.
                                              Patric H.R. Weddle, Esq.
                                              Attorneys for Paul Reiter, as Trustee for the Wendy J. Utsuki Trust, Dated 05/13/09

Dated: September 21, 2015       */s/ Amit Peery, Esq*.
                                        The Peery Law Firm
                                        21051 Warner Center Lane, Suite 100
                                        Woodland Hills, CA 91367
                                        Attorney for the Estate of John G. Kennedy Trust, Dated 5/13/09.

Respectfully submitted,

LAW OFFICES OF MELBOURNE B. WEDDLE

Dated: September 21, 2015       */s/ Melbourne B. Weddle*
                                   -------------------------------------------------------------
                                    **Melbourne B. Weddle,**
                                    **Attorney for Reiter Paul Reiter, as Trustee for Paul Reiter As Trustee For The Wendy J. Utsuki Trust, Dated 05/13/09.**