Melbourne B. Weddle, State Bar #34858
E-mail:  MelbourneBW@hotmail.com
Patric H.R. Weddle, State Bar #201465
E-mail:  attorneyap@gmail.com
P. O. Box 593
Santa Barbara, Ca. 93102
Telephone:  (805) 966-1038
Facsimile:  (805) 966-9758
Attorneys for Reiter Paul Reiter as Trustee For
The Wendy J. Utsuki Trust, Dated 05/13/09

E-FILED 9/28/15

JS-6

## IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL REITER AS TRUSTEE FOR THE WENDY J. UTSUKI TRUST, DATED 05/13/09.<br><br><br>Plaintiff<br><br>vs.<br><br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and  DOES 1-10 inclusive<br><br>Defendants.<br>_____<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Third-Party Plaintiff<br><br>v.<br><br>THE ESTATE OF JOHN G. KENNEDY<br>Third-Party Defendant | Case No.  CV 14-8351 PSG (SHx)<br><br>(~~Proposed~~) ORDER DISMISSING ACTIONS  WITH PREJUDICE<br><br><br>PLACE:  Courtroom 880 (Roybal)<br><br>JUDGE:<br>Hon.  Philip S. Gutierrez<br><br>DATE:<br><br>TIME:  1:30 P.M. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the stipulation of the parties, the actions in this matter are dismissed with prejudice. Plaintiff's entire complaint against Prudential and its Cross Claim against Prudential as captioned above, including all causes of action alleged therein and Prudential's counterclaim and third party in interpleader and all claims asserted are hereby dismissed with prejudice

All parties shall bear their own attorneys' fees and costs.


Dated:  9/28/15

# PHILIP S. GUTIERREZ

JUDGE OF THE U. S. DISTRICT COURT